UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS,

        Plaintiff,

v.                                                 C.A. No. 03-206T

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
NAVY, DONALD RUMSFELD, in his
capacity as the SECRETARY of
DEFENSE, and GEORGE ENGLAND,
in his capacity as SECRETARY
OF THE UNITED STATES
DEPARTMENT OF THE NAVY,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

The parties' Joint Motion for Entry of Consent Decree is hereby granted. In granting the Motion, the Court specifically notes its reliance on representations by counsel for both Rhode Island and the United States that no other potentially responsible parties have been identified to date, nor are any likely to be identified in the future.

IT IS SO ORDERED,

_Ernest C. Torres_
Ernest C. Torres, Chief Judge
Date: November 7, 2005